**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

June 5, 2008

Clerk, US District Court
Eastern District of California
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

RE:   Ennis v. Mortgae Tree Lending Inc et al, C08-0322-MJP

Dear Clerk:

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents on CD-Rom.

Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: *Tonya Scott*
Tonya Scott, Deputy Clerk

Enclosures

cc:   counsel of record
       file

08-CV-00322-LTR